UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RSUI INDEMNITY COMPANY, | No. 2:13-cv-00960-TLN-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| DISCOVER P&C INSURANCE COMPANY, DISCOVER RE-MANAGERS, et al., | |
| Defendants. | |

This matter is before the Court pursuant to the Ninth Circuit Court of Appeal's Mandate. (ECF No. 31.) In this Court's previous order, the Court was presented with a spilt in the California Appellate Courts as to whether an excess litigated judgment was a prerequisite for an equitable subrogation claim. *Compare Fortman v. Safeco Ins. Co.*, 271 Cal. Rptr. 117 (Cal. Ct. App. 1990) (holding that an excess insurer's equitable subrogation claim does not depend on the entry of an excess judgment to prove damages to the insured), *with RLI Ins. Co. v. CNA Cas. of Cal.*, 45 Cal. Rptr. 3d 667 (Cal. Ct. App. 2006) (expressly rejecting *Fortman*). This Court concluded that RSUI Indemnity Company's (hereinafter referred to as Plaintiff) claim for equitable subrogation against the primary insurer, Discover P&C Insurance Company and Discover Re-Managers Inc.'s (hereinafter collectively referred to as "Defendants"), was barred for a lack of a litigated excess judgment. In doing so, the Court followed the holding in *Safeco*

1  *Insurance Company v. Superior Court*, 71 Cal. App. 4th 782, 788 (1999), and thus determined
2  that Plaintiff's claim was barred.  (Order, ECF No. 24.)
3        The Ninth Circuit Court of Appeals reversed this Court opining that "the rule announced
4  in *Fortman* is more likely to be adopted by the California Supreme Court because it more
5  faithfully applies California insurance law."  (Mem., ECF No. 31 at 5.)  Consequently, this Court
6  will follow *Fortman*, and Plaintiff has stated a claim upon which relief can be granted.  As such,
7  Plaintiff's claim for equitable subrogation is hereby reinstated.
8        The parties are thus ordered to meet and confer as to proposed dates for a revised
9  scheduling order as to this case and to file a joint status report with this Court within thirty (30)
10 days of the entry of this order.
11       IT IS SO ORDERED.
12 Dated: June 20, 2016

Troy L. Nunley
United States District Judge

2