ROBERT M. PETERSON [Bar No.: 100084; rpeterson@ccplaw.com]
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, CA 94111
Telephone: (415) 391-3911
Facsimile:  (415) 391-3898

Attorneys for Defendants
DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY,
and DISCOVER-RE MANAGERS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RSUI INDEMNITY COMPANY,<br><br>        Plaintiff,<br><br>    vs.<br><br>DISCOVER P&C INSURANCE CO.,<br>DISCOVER-RE MANAGERS, INC.,  and<br>DOES 1 through 20, inclusive,<br><br>        Defendants. | CASE NO.: 2:13-CV-00960-TLN-EFB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 143 AND 144)** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff, RSUI INDEMNITY COMPANY ("RSUI") and Defendant, DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY, incorrectly sued herein as DISCOVER P&C INSURANCE CO. ("Discover") and DISCOVER-RE MANAGERS, INC., by and through their attorneys of record, hereby stipulate, pursuant to United States District Court for the Eastern District, Local Rules 143 and 144, that Defendants shall have until July 20, 2016, to file a response to Plaintiffs' First Amended Complaint.  Under Local Rule 144, the parties may, without approval of the Court, stipulate to extend the time to respond to a complaint by not more than 28 days.  This stipulation extends the time to respond by 12 days.

Dated: July 14, 2016                MUSICK, PEELER & GARRETT LLP


By: /s/ David A. Tartaglio
    DAVID A. TARTAGLIO
    CHERYL A. ORR
    Attorneys for Plaintiff
    RSUI INDEMNITY COMPANY


Dated: July 14, 2016                CARLSON, CALLADINE & PETERSON LLP


By: /s/ Robert M. Peterson
    ROBERT M. PETERSON
    Attorney for Defendants
    DISCOVER PROPERTY & CASUALTY
    INSURANCE COMPANY and DISCOVER-
    RE MANAGERS, INC.

I, Robert M. Peterson, am the ECF user whose ID and password are being used to file this STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 143 AND 144). In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the counsel whose e-signature appears above has concurred with this filing.


By: /s/ Robert M. Peterson
    ROBERT M. PETERSON


IT IS SO ORDERED.

Dated: July 21, 2016

_____
Troy L. Nunley
United States District Judge